**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114171
*Attorneys for Plaintiff*

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 14 2018   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Heather M. Pedersen, individually and on behalf of all others similarly situated,

   Plaintiff,

-against-

Convergent Outsourcing, Inc.,

   Defendant.

Docket No: 2:17-cv-07595-JFB-GRB

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: August 7, 2018

**BARSHAY SANDERS, PLLC**

By: __/s Craig B. Sanders__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114171
*Attorneys for Plaintiff*

The Clerk of the Court shall close the case.

**SO ORDERED**
s/ Joseph F. Bianco
Joseph F. Bianco
USDJ
Date: Aug. 14, 2018
Central Islip, N.Y.